Lewis W. POE, Plaintiff—Appellant,

v.

Ronald T.Y. MOON; et al.,
Defendants—Appellees.

No. 01–15457.

D.C. No. CV–00–00502–HG.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 5, 2001.*

Decided Nov. 15, 2001.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before KLEINFELD, McKEOWN, and FISHER, Circuit Judges.

## MEMORANDUM**

Lewis W. Poe appeals pro se the district court's dismissal for lack of subject matter jurisdiction of his section 1983 action. We have jurisdiction pursuant to 28 U.S.C. § 1291. The existence of subject matter jurisdiction is a question of law we review de novo, *Garvey v. Roberts*, 203 F.3d 580, 587 (9th Cir.2000), and we affirm.

Poe alleged a Hawaii state court judge and four state supreme court justices retaliated against him for criticizing the Hawaii judiciary by denying his petition for review of a state agency decision. Because federal district courts lack jurisdiction to review final state court decisions, the district court properly dismissed Poe's action under the *Rooker–Feldman* doctrine. *See Doe & Assocs. v. Napolitano*, 252 F.3d 1026, 1029 (9th Cir.2001).

Poe's motion to expedite appeal, filed October 15, 2001, is denied as moot.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).